**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Felix ORIAKHI, Defendant–Appellant.**

United States of America,
Plaintiff–Appellee,

v.

Felix Oriakhi, Defendant–Appellant.

United States of America,
Plaintiff–Appellee,

v.

Felix Oriakhi, Defendant–Appellant.

Nos. 00–7646, 00–7659, 00–7660.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 20, 2001.

Felix Oriakhi, pro se. Robert Reeves Harding, Assistant United States Attorney, Baltimore, MD, for appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Felix Oriakhi appeals from the district court's order collectively denying relief on three separate motions for reconsideration filed pursuant to Fed.R.Civ.P. 59(e) and 60(b).* Our review of the record discloses that these appeals are without merit. Oriakhi's motions for reconsideration do not demonstrate that his motions filed pursuant to 28 U.S.C.A. § 2255 (West Supp. 2000), and Rule 12(b)(2), were improperly dismissed. Accordingly, we affirm, as to Nos. 00–7646 and 00–7660, the district court's orders on the reasoning of the district court. *United States v. Oriakhi*, Nos. CR–90–72–K; CA–00–2476–PJM (D.Md. Nov. 9, 2000). As to No. 00–7659, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Oriakhi*, Nos. CR–90–72–K; CA–00–2475–PJM (D.Md. Sept. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*

*DISMISSED.*

---

* Oriakhi's notices of appeal are unclear as to the specific orders he seeks to challenge. He is, however, bound by 4th Cir. Local Rule 34(b), and this court will only review those issues addressed in Oriakhi's informal brief. Accordingly, we have limited our review to those issues.